UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 95-4-FJP-CN

JULIUS WARNER MARACALIN

### ORDER

Defendant has filed a motion to modify sentence pursuant to 18 U.S.C. § 3582(c)(2).[1]  The U. S. Probation Office for the Middle District of Louisiana filed a Notice of Disclosure of Retroactive Guideline Application[2] on October 15, 2008, pursuant to the Local Rule governing the retroactive application of the amendment to the crack cocaine guidelines.  The Court will decide this motion based on that report.  Therefore;

IT IS ORDERED that this motion is administratively closed.

Baton Rouge, Louisiana, October 21, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 481.

[2] Rec. Doc. No. 480.

Doc#45530